IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1033-AP

JERRY C. ABEYTA,

     Plaintiff,

v.

JO ANNE B. BARNHART,

     Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (Facsimile)
seckarlaw@mindspring.com

For Defendant:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0812
(303) 844-0770 (facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A.** **Date Complaint Was Filed:** June 3, 2005

**B.** **Date Complaint Was Served on U.S. Attorney's Office:** June 21, 2005

**C.** **Date Answer and Administrative Record Were Filed:** August 22, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Neither party has any other matters to bring to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

**A.** **Plaintiff's Opening Brief Due:** October 17, 2005

B.     **Defendant's Response Brief Due:** November 16, 2005

C.     **Plaintiff's Reply Brief (If Any) Due:** December 1, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.     **Plaintiff's Statement:** Plaintiff does not request oral argument.

B.     **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.     **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 13th day of September 2005.

BY THE COURT:

**S/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

|  | WILLAM J. LEONE<br>Acting United States Attorney |
|---|---|
| s/ Michael W. Seckar<br>Michael W. Seckar, Esq.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Telephone: (719) 543-8636<br>Facsimile: (719) 543-8403<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney                    1225<br>Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |