IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1033-AP**

**JERRY C. ABEYTA,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## **ORDER**

Kane, J.

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #20), filed February 7, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,107.58**.

Dated at Denver, Colorado, this 8th day of February, 2006.

                                BY THE COURT:

                                **s/John L. Kane**
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT